IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:24-CR-650-BHH-1 |
| | ) | |
| v. | ) | |
| | ) | |
| JAIDAN LATRELL ALEXANDER | ) | |

**PRELIMINARY ORDER OF FORFEITURE**
**AS TO JAIDAN LATRELL ALEXANDER**

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Jaidan Latrell Alexander, ("Alexander", "Defendant"), based upon the following:

1. On October 10, 2024, a Superseding Indictment ("Indictment") was filed charging Alexander with the following offenses:

Count 1 Conspiracy to straw purchase firearms, in violation of 18 U.S.C. § 932;

Counts 13, 16: Felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g);

Counts 14, 17: Possession with intent to distribute controlled substances 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D);

Counts 15, 18: Possession of a firearm in furtherance of a drug trafficking crime, in violation 18 U.S.C. § 924(c).

2. Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a forfeiture allegation providing that, upon Defendant's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets include, but are not limited to, the following:

A. Firearms:[1]

(1) Springfield XD 9mm pistol
Serial Number: GM776494
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044076

(2) Glock 27, .40 caliber pistol
Serial Number: BTAB428
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044077

(3) Smith and Wesson M&P 10mm pistol
Serial Number: NMF2938
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044080

(4) Sig Sauer MCX Rattler 300 BLK assault pistol
Serial Number: 63J006104
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044078

(5) Mini Draco 7.62 x 39mm assault pistol
Serial Number: 21PG-0249
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044079

(6) Micro Draco 7.62 x 39 mm pistol
Serial Number: PMD-23144
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044081

(7) FNH Five-Seven pistol
Serial Number: 386371708
Seized from: Jaidan Latrell Alexander

[1] The additional firearms and ammunition identified in the indictment have been administratively forfeited by the seizing agency and are no longer before this Court.

Purchaser: Sheree M. Alexander
Asset ID: 20-ATF-034253

(8) Romarm Micro Draco pistol
Serial Number: PMD-16116-19
Seized from: 2245 Greenridge, Apt. 210, North Charleston, SC
Purchaser: Sheree M. Alexander
Asset ID: 20-ATF-034254

(9) Anderson AM15 rifle
Serial Number: 20141955
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 21-ATF-039168

(10) FNH FNS-9C 9mm pistol
Serial Number: CSU0055050
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 21-ATF-039167

Drug Proceeds/Forfeiture Judgment:[2]

A sum of money equal to all property the Defendant obtained, directly or indirectly, from the drug offenses charged in the Superseding Indictment, and all interest and proceeds traceable thereto as a result of his violation of 21 U.S.C. § 841.

Cash Proceeds / Forfeiture Judgment:

A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the conspiracy offense charged in the Superseding Indictment, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to their violation of 18 U.S.C. § 932.

3. On June 23, 2025, Alexander signed a Plea Agreement and on July 10, 2025, he entered a plea of guilty as to Counts 15, 17, and 18 of the Indictment.

[2] The United States is no longer seeking a money judgment against Defendant.

4. Based upon Defendant's conviction, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. §§ 924(d)(1), 934; 21 U.S.C. §§ 853, 881; and 28 U.S.C. § 2461(c).

5. The court has determined that the government has established the requisite nexus between the said property subject to forfeiture and the offense for which Alexander has been convicted; therefore, the United States is entitled to a preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

Accordingly, it is hereby **ORDERED,**

1. The below-described property, and all right, title, and interest of the Defendant, Jaidan Latrell Alexander, in and to such property, is hereby forfeited to the United States of America, for disposition in accordance with law, subject to the rights of third parties in such property under 21 U.S.C. § 853(n):

A. <u>Firearms</u>:

(1) Springfield XD 9mm pistol
Serial Number: GM776494
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044076

(2) Glock 27, .40 caliber pistol
Serial Number: BTAB428
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044077

(3) Smith and Wesson M&P 10mm pistol
Serial Number: NMF2938
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044080

(4) Sig Sauer MCX Rattler 300 BLK assault pistol
Serial Number: 63J006104
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044078

(5) Mini Draco 7.62 x 39mm assault pistol
Serial Number: 21PG-0249
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044079

(6) Micro Draco 7.62 x 39 mm pistol
Serial Number: PMD-23144
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 23-ATF-044081

(7) FNH Five-Seven pistol
Serial Number: 386371708
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 20-ATF-034253

(8) Romarm Micro Draco pistol
Serial Number: PMD-16116-19
Seized from: 2245 Greenridge, Apt. 210, North Charleston, SC
Purchaser: Sheree M. Alexander
Asset ID: 20-ATF-034254

(9) Anderson AM15 rifle
Serial Number: 20141955
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 21-ATF-039168

(10) FNH FNS-9C 9mm pistol
Serial Number: CSU0055050
Seized from: Jaidan Latrell Alexander
Purchaser: Sheree M. Alexander
Asset ID: 21-ATF-039167

2. Upon entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, in accordance with Fed. R. Crim. P. 32.2(b)(3); and to commence proceedings that comply with statutes governing third party rights, if applicable.

3. The United States shall publish notice of this Order and its intent to dispose of the personal property in such manner as the Attorney General may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the said property.

4. Upon entry of this Order, the United States is authorized to seize the above-described property as directed by the United States Attorney's Office and to commence proceedings that comply with statutes governing third party rights.

5. Any person, other than the named Defendant, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the subject property and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c).

6. Any petition filed by a third party asserting an interest in the above-described property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, the time and circumstances of the petitioner's acquisition of the right, title or interest in such property, and additional facts supporting the petitioner's claim and the relief sought.

7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules

of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. The United States shall have clear title to the property following the court's determination of all third-party interests, or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

9. The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

10. Upon entry of the criminal judgment, this Order becomes final as to Defendant and shall be made a part of the sentence and included in the criminal judgment.

11. The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

s/ Bruce Howe Hendricks
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

August 25 , 2025
Charleston, South Carolina